**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

JEREMY S. JONES (#365876)

VERSUS

ANNE MARIE LEBLANC EASLEY

CIVIL ACTION

NO. 19-841-JWD-RLB

**OPINION**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report (Doc.22) dated September 21, 2020, to which an objection was filed (Doc. 23);

**IT IS ORDERED** that Motion to Re-Urge the Declaration for Entry of Default (R. Doc. 19.) is DENIED.

Signed in Baton Rouge, Louisiana, on September 25, 2020.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**