**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

JEREMY S. JONES (#365876)

VERSUS

ANNE MARIE LEBLANC EASLEY

CIVIL ACTION

NO.   19-841-JWD-RLB

**OPINION**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report (Doc.21) dated September 21, 2020, to which no objection was filed;

**IT IS ORDERED** that the Motion to Dismiss (R. Doc. 13) is denied, that the time for service is extended so that service is deemed timely, and that this matter is referred back to the Magistrate Judge for further proceedings.

Signed in Baton Rouge, Louisiana, on <u>October 14, 2020</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**